IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

FREDDIE ROOSEVELT TAYLOR,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.

CASE NO. 1D16-1981

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed August 22, 2016.

An appeal from an order of the Circuit Court for Duval County.
Jack M. Schemer, Judge.

Freddie Roosevelt Taylor, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

WOLF, B.L. THOMAS, and OSTERHAUS, JJ., CONCUR.